UNITED STATES DISTICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANHEUSER-BUSCH, INC. a Missouri Corporation, and INBEV USA, LLC, a Delaware limited liability company, Plaintiffs, | : | |
| v. | : | C.A. No. 07-047S |
| Copley Distributor Inc./Charles Fradin Inc. A Rhode Island Corporation, Defendant | : | |

**DEFENDANT'S EMERGENCY MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING**

Defendant, Copley Distributor Inc./Charles Fradin Inc. A Rhode Island Corporation, hereinafter collectively referred to as Defendants, pursuant to Federal Rule of Civil Procedure 6, hereby moves this Honorable Court for an order enlarging the time for Defendants to respond to the complaint in this matter up to and including **March 23, 2007**. Presently, Defendants' responsive pleadings must be served by **February 22, 2007**.

In support of this motion, Defendant's state that there is a related action between the parties pending in the Superior Court for Providence County, Rhode Island, entitled *Copley Distributors v. Anheuser-Busch, Inc.*, C.A. No. PB 07-0703 (the "State Court Action"), in which Judge Michael A. Silverstein has asserted jurisdiction over the claims of Defendants and other plaintiffs that the defendants, InBev, USA, LLC (plaintiffs herein) has violated the provisions of the Beer Industry Fair Dealing Law (the "Act"), R.I. Gen. Laws § 3-13-1, *et seq.*, by, *inter alia*, by improperly terminating Defendants as the distributor for various brands of beer. The state court complaint seeks equitable relief and damages under the Act, and also asserts claims for damages, declaratory relief, breach of contract, intentional interference with contractual rights, civil conspiracy and illegal concert of action, and intentional misrepresentation.

By written decision dated February 13, 2007, a true copy of which is attached hereto as Exhibit A, Judge Silverstein denied the defendants' motion to dismiss or stay the State Court Action, and established an expedited discovery and hearing schedule on Defendant's application for preliminary injunctive relief. Defendant's have served Requests for Production of Documents and has served notices of depositions. In view of the expedited discovery schedule, and the impending hearing on injunctive relief, Defendant's require additional time to prepare their responsive pleading in this matter.

Defendant's intend to move this Court to dismiss or stay this case in light of the decision of the United States Supreme Court in *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995), as applied by this Court in *Standard Fire Ins. Co. v. Gordon*, 376 F. Supp.2d 218 (D.R.I. 2005), in which the federal courts have recognized that it is appropriate to stay or dismiss a federal declaratory action when there is a parallel state proceeding providing an opportunity to ventilate the state law issues before the federal district court. Plaintiffs seek only declaratory relief in this case, and the State Court Action is a more comprehensive action between the parties in which the Superior Court will have a full and fair opportunity to hear and decide all the state law claims that are before the Court in this action. Defendants require additional time to complete its legal research and prepare its memorandum in support of its motion to dismiss or stay this case.

Defendants have requested in writing that plaintiffs assent to an enlargement of time not to exceed thirty days, but plaintiffs have refused said request. This is Defendant's first request for an enlargement of time to respond to the complaint.

Respectfully submitted,

Defendant,

By its Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

/s/ *Preston W. Halperin*
Preston W. Halperin, RI Bar No. 5555
Douglas A. Giron, RI Bar No. 2943
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (facsimile)

February 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February 2007, I have caused a true and accurate copy of the within Plaintiffs' Motion to Enlarge Time to File Responsive Pleading to be served via electronic mail to:

(for Anheuser-Busch, Inc.)
Joseph V. Cavanagh, Jr., Esquire
Kristin Rodgers, Esquire
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
jvc@blishcavlaw.com
ker@blishcavlaw.com

(for InBev USA, LLC)
Jeffrey C. Schreck, Esquire
99 Wayland Avenue
Suite 200
Providence, RI 02906-4314
jschreck@msn.com
and
Angel Taveras, Esquire
127 Dorrance St.
Providence, RI 02903
ataveras@ctpllp.com

Brian A. Goldman, RI Bar No. 3940
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

*/s/ Preston W. Halperin*