UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANHEUSER-BUSCH, INC. a Missouri Corporation, and INBEV USA, LLC, a Delaware limited liability company,
Plaintiffs,
v.

Copley Distributor Inc./Charles Fradin Inc. A Rhode Island Corporation,
Defendant

C.A. No. 07-048S

**ENTRY OF APPEARANCE**

Preston W. Halperin of Shechtman Halperin Savage, LLP, hereby **enters** his appearance as lead counsel, along with Douglas A. Giron, on behalf of the Plaintiffs in the above-captioned action.

Respectfully submitted,
By attorneys for Plaintiffs,

SHECHTMAN HALPERIN SAVAGE, LLP.

*/s/ Preston W. Halperin*

Preston W. Halperin, Esquire #5555
Douglas A. Giron, Esquire # 2943
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

February 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2007, I have caused a true and accurate copy of the within Entry of Appearance to be served via electronic mail to:

(for Anheuser-Busch, Inc.)
Joseph V. Cavanagh, Jr., Esquire
Kristin Rodgers, Esquire
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
jvc@blishcavlaw.com
ker@blishcavlaw.com

(for InBev USA, LLC)
Jeffrey C. Schreck, Esquire
99 Wayland Avenue
Suite 200
Providence, RI 02906-4314
jschreck@msn.com
and
Angel Taveras, Esquire
127 Dorrance St.
Providence, RI 02903
ataveras@ctpllp.com

Brian A. Goldman, RI Bar No. 3940
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

*/s/ Preston W. Halperin*
*/s/ Douglas A. Giron*