UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANHEUSER-BUSCH, INC. a Missouri Corporation, and INBEV USA, LLC, a Delaware limited liability company, Plaintiffs, | : | |
| v. | : | C.A. No. 07-048S |
| Copley Distributor Inc./Charles Fradin Inc. A Rhode Island Corporation, Defendant | : | |

**DEFENDANTS' OPPOSITION TO PETITION FOR PRO HAC VICE ADMISSION OF PETER E. MOLL, TIMOTHY T. FINLEY AND BRIAN D. WALLACH**

Defendants, Copley Distributors, Inc. and Charles Fradin, Inc. oppose the *pro hac vice* admission of Peter E. Moll, Timothy T. Finley, and Brian D. Wallach for Anheuser-Busch, Inc. in this matter. As grounds for said opposition, defendants state as follows:

1. Local Rule 204, governing *pro hac vice* admission before this Court provides in pertinent part as follows:

> 204. *Pro Hac Vice* counsel.
>
> (a) Authorization to Appear and Practice. An attorney who is not a member of the bar of this Court may appear and practice before this Court in any case in which the attorney has been admitted to practice *pro hac vice* .
>
> * * *
>
> (d) **Application. An application for *pro hac vice* admission shall be made by completing and filing a form of motion provided by the Clerk (see Form 1 annexed to these Rules) ....**
>
> * * *
>
> (f) Admission and Revocation.
>
> (1) The district judge to whom a case has been assigned shall have discretion to grant or deny motions for admission *pro hac vice* based upon the applicant's qualifications, character, past conduct and any other factors that bear on the applicant's fitness to practice in this Court.

2. Form 1, which is referred to in Rule 204 of the Local Rules of the U.S. District Court requires the certifying attorney to list the names of all cases in which they have "**appeared or applied**" for *pro hac vice* admission. Attached hereto as Exhibit A is Form 1 of the Local Rule 204.

3. Attached hereto as Exhibit B and C, respectively, are the certifications filed by Attorneys Moll and Wallach in this case in which they have neglected to disclose to this Court that they had been admitted and appeared *Pro Hac Vice in PSW v. VISA, et al*, Civil Action No. 04:-cv-00347-T-LDA, U.S. District Court, District of Rhode Island in the preceding 12 months.

4. Attached hereto as Exhibits D and E, respectively, are Orders dated January 20, 2005, granting motions filed by Attorney Moll and Wallach, respectively, to appear *Pro Hac Vice in PSW v. VISA, et al*, Civil Action No. 04:-cv-00347-T-LDA, U.S. District Court, District of Rhode Island. The PSW case was pending until September 2006, well within the 12 month period.

5. In addition to failing to mention their prior *pro hac vice* admission in their certification to this Court, in a related state court action involving the parties to this case, Attorneys Moll and Wallach have recently certified to the Rhode Island Superior Court that "within the preceding sixty (60) months, I have not been admitted *pro hac vice*, or have applied to be admitted *pro hac vice,* in any cases or proceedings in this State."

6. Attorneys Moll and Wallach's admission *pro hac vice* in the PSW case is inconsistent with their certification to the Rhode Island Superior Court. Attached hereto as Exhibits F and G are Attorney Moll and Wallach's certifications to the Superior Court.

7. Rule 204 expressly provides that the decision to deny *pro hac vice* admission rests within the discretion of the Court.

Wherefore, plaintiffs request that the Court deny Peter Moll, Brian Wallach, and Timothy Finley's petitions for *pro hac vice* admission in this matter.

Respectfully submitted,

Defendant,

By its Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

/s/ *Preston W. Halperin*

Preston W. Halperin, RI Bar No. 5555
Douglas A. Giron, RI Bar No. 2943
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (facsimile)

February 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2007, I have caused a true and accurate copy of the within Plaintiffs' Opposition to *Pro Hac Vice* admission to be served via electronic mail to:

(for Anheuser-Busch, Inc.)
Joseph V. Cavanagh, Jr., Esquire
Kristin Rodgers, Esquire
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
jvc@blishcavlaw.com
ker@blishcavlaw.com

(for InBev)
Jeffrey C. Schreck, Esquire
99 Wayland Avenue
Suite 200
Providence, RI 02906-4314
jschreck@msn.com
and
Angel Taveras, Esquire
127 Dorrance St.
Providence, RI 02903
ataveras@ctpllp.com

Brian A. Goldman, RI Bar No. 3940
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

*/s/ Preston W. Halperin*