## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of SEE ATTACHED and the following federal district court bar(s) SEE ATTACHED, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
NONE.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

**PETER E. MOLL**
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: 202-783-6965
Fax: 202-383-6610

Pat K Rocha
JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

---

**ORDER:**

This motion is hereby Granted.

Ernest C Torres / P
U.S. District Judge

Date: 1/20/05

*pro hac vice - peter moll.doc*

FILED
'05 JAN 20 P 3:53
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND