STATE OF RHODE ISLAND
PROVIDENCE, RHODE ISLAND

SUPERIOR COURT

COPLEY DISTRIBUTORS, INC.,
CHARLES FRADIN, INC., and
C & C DISTRIBUTORS, INC.,
Plaintiffs

vs.

C.A. No. PB 07-0703

ANHEUSER-BUSCH, INC.,
InBev USA, L.L.C.,
InBev NV/SA and
McLAUGHLIN & MORAN, INC.,
Defendant

ATTORNEY CERTIFICATION FOR *PRO HAC VICE* ADMISSION

1. I certify that I am a member in good standing of the bar in the following jurisdictions: District of Columbia, State of New Jersey, and Commonwealth of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. Within the preceding sixty (60) months, I have not been admitted *pro hac vice*, or have applied to be admitted pro hac vice, in any cases or proceedings in this State.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Processional Conduct of the Rhode Island Supreme Court, as the standard of conduct for all attorneys appearing before it.

4. I acknowledge that if specifically admitted to appear in the above-entitled matter that I will be subject to the disciplinary authorities of the bar of the District of Columbia to release any information concerning my practice in said District pursuant to the request of the Disciplinary Counsel of the Rhode Island Supreme Court.

5. For the purpose of this case I have associated with local associate counsel identified below and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Peter E. Moll
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783-0800
(202) 383-6610 (fax)

## CERTIFICATION OF LOCAL COUNSEL

I certify that I have read and join in the foregoing Certification, and acknowledge and agree to observe the requirements of this Court as related to the participation and responsibilities of local associate counsel.

Kristin E. Rodgers, Esquire
R.I. Bar #4842
BLISH & CAVANAGH
Providence, RI 02903
(401) 831-8900

**CERTIFICATION**

I hereby certify that on the 22 day of February, 2007, I forwarded a true copy of the within document to the following by email and regular mail:

R. Kelly Sheridan
Sean Brousseau
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903
Ksheridan@rcfp.com
SBrousseau@rcfp.com

Preston W. Halperin, Esq.
Douglas A. Giron, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
pwh@shslawfirm.com
dag@shslawfirm.com

Brian A. Goldman, Esq.
Goldman Law Offices
681 Smith Street
Providence, RI 02908
goldlaw@cox.net

Jeffrey C. Schreck, Esq.
99 Wayland Avenue, Suite 200
Providence, RI 02906
jshcreck@msn.com

Angel Taveras, Esq.
127 Dorrance Street
Providence, RI 02903
ATaveras@ctpllp.com