UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANHEUSER-BUSCH, INC. a Missouri Corporation, and INBEV USA, LLC, a Delaware limited liability company, Plaintiffs, | : | |
| v. | : | C.A. No. 07-048S |
| Copley Distributor Inc./Charles Fradin Inc. A Rhode Island Corporation, Defendant | : | |

**ORDER**

This matter was scheduled for Hearing before Magistrate Judge David L. Martin on February 27, 2007 on Defendant's Emergency Motion to Enlarge Time to File Responsive Pleadings, and after a hearing thereon:

**It is hereby ORDERED, AGREED, AND ADJUDGED that:**

1. The Defendant's shall have up to and including February 27, 2007 in order to file a response to the Plaintiff's Complaint in this matter.
2. Plaintiffs' right to argue that the motion filed by Defendants on February 27, 2007 does not constitute a Responsive pleading in lieu of filing an answer to the Complaint is preserved.

ENTER:

David L. Martin

PER ORDER:

Dated: March 8 , 2007