RKS:sch 2094-10
5/15/07

# IN THE UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF RHODE ISLAND

| | |
|---|---|
| **Anheuser-Busch, Inc., a Missouri Corporation, and InBev USA, LLC, a Delaware limited liability company**<br><br>**Plaintiffs**<br><br>**vs.**<br><br>**Copley Distributors Inc./Charles Fradin Inc. a Rhode Island corporation,**<br><br>**Defendant** | **C.A. No. 07-048S** |

## DISMISSAL STIPULATION

The above-captioned matter against Copley Distributors, Inc./Charles Fradin, Inc., may be and hereby is dismissed with prejudice. No costs shall be assessed against any party.

Attorneys for Anheuser-Busch, Inc.

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765
jvc@blishcavlaw.com
ker@blishcavlaw.com

Peter E. Moll (by ker)
Peter E. Moll, Esq.
Brian D. Wallach, Esq.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
MollP@Howrey.com
WallachB@Howrey.com

ENTER WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/24/07

Attorneys for In-Bev U.S.A., LLC

Jeffrey C. Schreck, Esq.
99 Wayland Avenue, Suite 200
Providence, RI 02906
Jschreck@msn.com

Attorneys for Copley Distributors Inc./
Charles Fradin Inc.

Preston W. Halperin, Esq.
Douglas A. Giron, Esq.
1080 Main Streeet
Pawtucket, RI 02860
dag@shslawfirm.com
pwh@shslawfirm.com